**THIRD DIVISION**
**DOYLE, P. J., DILLARD, P. J.,**
**AND MERCIER, J.**

**NOTICE: Motions for reconsideration must be *physically received* in our clerk's office within ten days of the date of decision to be deemed timely filed.**
**https://www.gaappeals.us/rules**

*DEADLINES ARE NO LONGER TOLLED IN THIS COURT. ALL FILINGS MUST BE SUBMITTED WITHIN THE TIMES SET BY OUR COURT RULES.*

**September 2, 2020**

# In the Court of Appeals of Georgia

A18A0077. STATE v. FOWLE.

MERCIER, Judge.

In *State v. Fowle*, 348 Ga. App. 107 (819 SE2d 719) (2018), we reversed the trial court's order dismissing Count 1 of a two-count indictment filed against Shantel Fowle. The Supreme Court of Georgia subsequently granted Fowle's petition for writ of certiorari. Before the Supreme Court addressed the appeal, however, the State moved for, and the superior court entered, an order of nolle prosequi disposing of the indictment.

Concluding that the case had become moot, the Supreme Court vacated our opinion and remanded the case to us with direction that we vacate the trial court's November 22, 2016 order from which this appeal originated. Accordingly, we hereby vacate the trial court's November 22, 2016 order of dismissal.

*Judgment vacated. Doyle, P. J., and Dillard, P. J., concur.*